IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL L. YOUNG, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 10-0427-CB-N |
| ACCOUNT BROKERS OF LARIMER COUNTY, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is settled.  It is therefore **ORDERED** that this case be **DISMISSED** from the active docket of the Court, with prejudice, provided that either party may reinstate the case within thirty days from the date of the entry of this order if the settlement agreement is not consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

**DONE** this 6th day of July, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**